IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Samuel Robinson,   Case No. 3:11CV2533

      Petitioner

   v.   **ORDER**

State of Ohio,

      Respondent

This is a habeas corups case under 28 U.S.C. § 2254 in which, following reference to a Magistrate Judge for Report and Recommendation, the Magistrate Judge has filed the Report and Recommendation recomending dismissal of the petition.

Due notice having been sent and received, and neither party having objected to the Report and Recommendation, it is, on *de novo* review, hereby

ORDERED THAT the Magistrate Judge's Report and Recommendation (Doc. 10), be and the same hereby is adopted as the opinion of the undersigned.

The Clerk shall enter judgment accordingly.

An appeal from this decision would be frivolous and shall not be allowed without prepayment of the requisite filing fee; in any event, no certificate of appealability is warranted.

So ordered.

    /s/ James G. Carr
    Sr. United States District Judge